## UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
### Office of the Clerk
740 UNITED STATES COURTHOUSE
1000 SW THIRD AVENUE  PORTLAND, OREGON 97204-2902
(503) 326-8008

**DONALD M. CINNAMOND**                                    **DEIRDRE I. NEAL**
Clerk of Court                                         Interim Division Manager

February 7, 2006

Civil Intake
United States District Court
G-8 United States Courthouse
312 North Spring Street
Los Angeles, CA 90012-4701

**Subject:  Transfer of Civil Case No. 05-cv-1526 KI Case Name & Number**

        Pursuant to this Court's order of 02/06/06 transferring the above referenced case to your
district, we are transmitting herewith all pleadings in this cause and a certified copy of the docket
entries.  Please acknowledge receipt on the enclosed copy of this letter and return.  Thank you for
your cooperation.

                        Sincerely,

                        DONALD M. CINNAMOND, CLERK

                        /s/
                        P. Hunt
                        Deputy Clerk

Enclosure
cc:      Counsel of Record
         File


### RECEIPT IS ACKNOWLEDGED FOR THE DOCUMENTS DESCRIBED HEREIN

Date of Receipt:_____

New Case Number:_____

By:_____
         Deputy Clerk